CLOSED, MDL, TRIAL-LINCOLN

# U.S. District Court
# District of Nebraska (4 Lincoln)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03142-RGK-DLP

McNeir v. Davol et al
Assigned to: Judge Richard G. Kopf
Referred to: Magistrate Judge David L. Piester
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/04/2007
Date Terminated: 08/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Victoria McNeir** represented by

**Craig P. Niedenthal**
CORY, WATSON LAW FIRM
2131 Magnolia Avenue
Birmingham, AL 35216
(205) 271-7111
Fax: (205) 324-7896
Email: cniedenthal@cwcd.com
*ATTORNEY TO BE NOTICED*

**Daniel H. Friedman**
FRIEDMAN LAW OFFICES
3800 Normal Boulevard
Suite 200
Lincoln, NE 68506
(402) 476-1093
Fax: (402) 476-8364
Email: dfriedman@friedmanlaw.com
*ATTORNEY TO BE NOTICED*

**Ernest Cory**
CORY, WATSON LAW FIRM
2131 Magnolia Avenue
Birmingham, AL 35216
(205) 328-2200
Fax: (205) 326-7869
Email: ecory@cwcd.com
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
CORY, WATSON LAW FIRM
2131 Magnolia Avenue

Birmingham, AL 35216
(205) 328-2200
Fax: (205) 326-7896
Email: jconlin@cwcd.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
CORY, WATSON LAW FIRM
2131 Magnolia Avenue
Birmingham, AL 35216
(205) 328-2200
Fax: (205) 326-7896
Email: shunt@cwcd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol**
*Inc.*

represented by **Danene J. Tushar**
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
(402) 341-6000
Fax: (402) 341-8290
Email: dtushar@fslf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard**
*Inc.*

represented by **Danene J. Tushar**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 1 | COMPLAINT with Jury Demand against Davol and C.R. Bard. One Summons(es) issued with receipt number 4-1404, in the amount of $ 350 filed by Attorney Daniel H. Friedman on behalf of Plaintiff Victoria McNeir. (GJG, ) (Entered: 06/04/2007) |
| 06/04/2007 | 2 | CIVIL COVER SHEET (GJG, ) (Entered: 06/04/2007) |
| 06/04/2007 | 3 | Summons Issued (COPY) as to defendant Davol, C.R. Bard regarding Complaint1. (GJG, ) Issued and returned to plaintiff (filer) via US Mail. (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 4 | ATTORNEY LETTER by Clerk that Attorney Ernest Cory has not registered to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GJG, ) (Entered: 06/04/2007) |
| 06/04/2007 | 5 | ATTORNEY LETTER by Clerk that Attorney Jon C. Conlin has not registered to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GJG, ) (Entered: 06/04/2007) |
| 06/04/2007 | 6 | ATTORNEY LETTER by Clerk that Attorney Stephen R. Hunt, Jr. has not registered to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (GJG, ) (Entered: 06/04/2007) |
| 06/08/2007 | 7 | SUMMONS Returned Executed upon defendant Davol on 6/7/2007. (Friedman, Daniel) (Entered: 06/08/2007) |
| 06/08/2007 | 8 | SUMMONS Returned Executed upon defendant C.R. Bard on 6/7/2007. (Friedman, Daniel) (Entered: 06/08/2007) |
| 06/11/2007 | 9 | NOTICE (COPY) of Tag-Along Action regarding MDL Docket No. 1842 to the Judicial Panel on Multidistrict Litigation and All Parties and their attorneys of record by Attorney Edward A. Wallace. (CS, ) (Entered: 06/12/2007) |
| 06/11/2007 | 10 | Proof of Service (Copy) regarding Notice of Tag-Along Action 9 by Attorney Mark R. Miller. (CS, ) (Entered: 06/12/2007) |
| 06/18/2007 | 11 | APPLICATION/ORDER admitting for full-time admission Attorney Jon C. Conlin for Plaintiff Victoria McNeir. Ordered by Deputy Clerk. (KBJ) (Entered: 06/18/2007) |
| 06/18/2007 | 12 | APPLICATION/ORDER admitting for full-time admission Attorney Stephen R. Hunt, Jr for Plaintiff Victoria McNeir. Ordered by Deputy Clerk. (KBJ) (Entered: 06/18/2007) |
| 06/18/2007 | 13 | APPLICATION/ORDER admitting for full-time admission Attorney Ernest Cory for Plaintiff Victoria McNeir. Ordered by Deputy Clerk. (KBJ) (Entered: 06/18/2007) |
| 06/18/2007 | 14 | APPLICATION/ORDER admitting for full-time admission Attorney Craig P. Niedenthal for Plaintiff Victoria McNeir. Ordered by Deputy Clerk. (KBJ) (Entered: 06/18/2007) |
| 06/25/2007 | 15 | NOTICE (COPY) of Tag-Along Action regarding MDL Docket No. 1842 to the Judicial Panel on Multidistrict Litigation and All Parties and their attorneys of record by Attorney Edward A. Wallace. (GJG, ) (Entered: |

| | | |
|---|---|---|
| | | 06/25/2007) |
| 06/27/2007 | 16 | MOTION for Extension of Time to File Answer by Attorney Danene J. Tushar on behalf of Defendants Davol, C.R. Bard.(Tushar, Danene) (Entered: 06/27/2007) |
| 06/27/2007 | 17 | TEXT ORDER granting 16 Motion for Extension of Time to Answer. Davol answer due 7/27/2007; C.R. Bard answer due 7/27/2007. THIS IS A TEXT ONLY ENTRY. NO PDF DOCUMENT ATTACHED. Ordered by Deputy Clerk.(GJG, ) (Entered: 06/27/2007) |
| 06/27/2007 | 18 | SCHEDULING PACKET - Rule 26 Meeting Report Deadline set for 8/1/2007. Ordered by Magistrate Judge David L. Piester. (GJG, ) (Entered: 06/27/2007) |
| 07/24/2007 | 19 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Attorney Danene J. Tushar on behalf of Defendants Davol, C.R. Bard.(Tushar, Danene) (Entered: 07/24/2007) |
| 07/24/2007 | 20 | BRIEF in support of Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL*19 by Attorney Danene J. Tushar on behalf of Defendants Davol, C.R. Bard.(Tushar, Danene) (Entered: 07/24/2007) |
| 07/24/2007 | 21 | INDEX in support of Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL*19 by Attorney Danene J. Tushar on behalf of Defendants Davol, C.R. Bard. (Attachments: # 1 Exhibit Transfer Order# 2 Exhibit Letter# 3 Affidavit of Danene J. Tushar)(Tushar, Danene) (Entered: 07/24/2007) |
| 07/26/2007 | 22 | ORDER STAYING ALL PROCEEDINGS - Having considered Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, filing 19 it is hereby ORDERED that all deadlines and further proceedings in this action before this Court are stayed pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Ordered by Magistrate Judge David L. Piester.(GJG, ) (Entered: 07/26/2007) |
| 08/09/2007 | 23 | COPY OF CONDITIONAL TRANSFER ORDER (not certified) regarding MDL 1842. (Attachments: # 1 Cover Letter) (GJG, ) (Entered: 08/09/2007) |
| 08/13/2007 | 24 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER from USDC-Rhode Island, MDL Docket Number 1842; case is transferred to USDC-Rhode Island (case number 07-1863). Civil Case Terminated. (Attachments: # 1 E-mail to Clerk) (GJG, ) (Entered: 08/14/2007) |
| 08/14/2007 | 25 | TRANSMITTAL LETTER with a PDF copy of the docket sheet sent to David DiMarzio (barbara_barletta@rid.uscourts.gov) Multidistrict Litigation, USDC-Rhode Island regarding transfer of case - PDF Copy of Order 24, and Complaint1 as directed. (GJG, ) (Entered: 08/14/2007) |

Case 1:07-cv-01863-ML-LDA Document 2 Filed 08/14/2007 Page 5 of 5