UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION | § | |
| | § | |
| | § | MDL Docket No. 07-1842-MDL |
| THIS DOCUMENT RELATES TO: | § | |
| MCNEIR v. DAVOL, Inc. *et al:* 1:07-cv-01863-ML-LDA (*transferred from District of Nebraska: 4:07-cv-03142-RGK-DLP*) | § | JUDGE LISI |
| | § | |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiff, Victoria McNeir, by and through her undersigned attorneys and moves that she be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007.

Plaintiff, VICTORIA MCNEIR
By his Attorneys,

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Daniel Friedman
FRIEDMAN LAW OFFICES
3800 Normal Blvd, Ste 200
P.O. Box 82009
Lincoln, Nebraska 68501
Phone: 402-476-1093
Fax: 402-476-8364

Dated: December 28, 2007

## CERTIFICATION

I HEREBY CERTIFY THAT ON THIS THE 28TH DAY OF December, 2007, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system.

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Daniel Friedman
FRIEDMAN LAW OFFICES
3800 Normal Blvd, Ste 200
P.O. Box 82009
Lincoln, Nebraska 68501
Phone: 402-476-1093
Fax: 402-476-8364